## THIRD DEPARTMENT, MAY, 1942.
### (May 6, 1942.)

EVA GOGGIN and WALTER GOGGIN, Plaintiffs, v. HARRY KASULKE and LUCY KASULKE, Defendants.— Application to be relieved from printing medical testimony on appeal denied, without costs. The plaintiff should move to settle the case before the trial judge and if relief there is denied appeal will lie from that order. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

PEOPLE ex rel. EQUITABLE HOLDING CORPORATION, Respondent, v. MARK GRAVES and Others, Constituting the Tax Commission of the State of New York, Appellants.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Claim of GORDON MOE STICKLE, Appellant, against WESTCOTT GARAGE and ÆTNA LIFE INSURANCE COMPANY, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Decision of this court, handed down April 29, 1942 [263 App. Div. 699], amended to read as follows: Decision of the State Industrial Board reversed, with costs and disbursements to appellant against the State Industrial Board. Opinion by Schenck, J. Hill, P. J., Crapser and Foster, JJ., concur; Bliss, J., dissents and votes to affirm the decision of the State Industrial Board.

MARGARET BARDWELL, Respondent, v. NEW YORK TELEPHONE COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Crapser, Heffernan, Schenck and Foster, JJ.

In the Matter of the Application for an Order of Certiorari in Favor of EDWARD J. O'CONNOR and WILLIAM F. McGUINNESS, Respondents, against THE STATE BOARD OF PAROLE, Consisting of JOSEPH A. MOORE and Others, Commissioners, Appellants.— Appeal by State Board of Parole, etc., from an order of the Ulster County Special Term of the Supreme Court, entered in Albany county, denying motion to dismiss proceeding. Order unanimously affirmed, with twenty-five dollars costs and disbursements to respondent Edward J. O'Connor. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.

In the Matter of the Claim of MARGARET WARD, Respondent, against FIFTH AVENUE BUILDING COMPANY and THE EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— This is an appeal from an award for death benefits in favor of the widow of William Ward. Decedent was shoveling heavy snow, which was extra hard work and called for extreme exertion on his part, when he collapsed and shortly afterward died. The award is opposed upon the ground that there is no proof of accidental injury, but that the death was the result of cardiac disease. The medical testimony in the records supports the award. A question of fact is involved and the evidence supports the award appealed from. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.